Receipt Number
56 0918

7

## UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

JONATHAN DORFMAN,

    Plaintiff,

-vs-

Case: 2:07-cv-13476
Assigned To: Battani, Marianne O
Referral Judge: Majzoub, Mona K
Filed: 08-17-2007 At 03:11 PM
CMP DORFMAN V. PENTAGROUP FINANCIAL, ET AL (TAM)

**DEMAND FOR JURY TRIAL**

PENTAGROUP FINANCIAL, LLC, and
DIVERSIFIED ADJUSTMENT SERVICE, INCORPORATED,

    Defendants.

---

Adam G. Taub (P48703)
Lyngklip & Taub Consumer Law Group, PLC
Attorney for Jonathan Dorfman
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 746-3790

---

## **COMPLAINT & JURY DEMAND**

### **Jurisdiction**

1. This court has jurisdiction under the FDCPA, 15 U.S.C. §1692k(d) and 28 U.S.C. §§1331,1337.

2. This court may exercise supplemental jurisdiction over the related state law claims arising out of the same nucleus of operative facts which give rise to the Federal law claims.

### **Parties**

3. The Plaintiff to this lawsuit is Jonathan Dorfman who resides in Birmingham, Michigan 48009.

1

4. The Defendants to this lawsuit are as follows:

   a. Pentagroup Financial, LLC ("Pentagroup") which is a corporation doing business in Michigan, and whose resident agent, Ransom Lummis, maintains its office at 5959 Corporate Dr. #1400, Houston, TX 77036.

   b. Diversified Adjustment Service, Incorporated ("Diversified Adjustment") which is a corporation doing business in Michigan, and whose resident agent, The Corporation Company maintains its office at 30600 Telegraph Rd #2345, Bingham Farms, MI 48025.

## Venue

5. The transactions and occurrences which give rise to this action occurred in Oakland County.

6. Venue is proper in the Eastern District of Michigan.

## General Allegations

7. Some time prior to August of 2006, Plaintiff was contacted by a debt collector regarding a Sprint account ("the account") that he was not responsible for.

8. Plaintiff informed the debt collector and Sprint that the account was not his.

9. The debt collector and Sprint acknowledged that the account identifiers did not match Plaintiff's.

10. At some point in time prior to October 31, 2006, Sprint had actual notice that the account did not belong to Plaintiff.

11. On October 31, 2006, Diversified Adjustment contacted the Plaintiff and dunned him for the account in spite of the fact that actual knowledge that the account was not his was imputed to Diversified Adjustment.

2

12. Within 30 days of receipt of the letter, Plaintiff notified Diversified Adjustment that the debt was not valid and explained to Diversified Adjustment that the account was not his; Plaintiff also requested that Diversified Adjustment cease and desist collection.

13. On December 6, 2006, Diversified Adjustment sent Plaintiff a letter containing false and misleading language.

14. On December 11, 2006, Plaintiff's attorney sent Diversified Adjustment a letter explaining the entire situation.

15. Pentagroup was engaged at some point after December 11, 2006, to collect the account and promptly, knowingly and willfully reported false information to one or more credit bureaus regarding the Plaintiff.

16. Plaintiff has suffered damages as a result of the acts described herein.

17. As a result of the acts alleged above, Plaintiff has suffered damages.

## COUNT I – Fair Debt Collection Practices Act (Pentagroup)

18. Mr. Dorfman incorporates the preceding allegations by reference.

19. At all relevant times Pentagroup – in the ordinary course of its business – regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

Pentagroup Financial, LLC's foregoing acts in attempting to collect this alleged debt against Mr. Dorfman constitute violations of the FDCPA including, but not limited to the following:

   a. Pentagroup Financial, LLC's foregoing acts in attempting to collect this alleged debt against Mr. Dorfman constitute violations of the FDCPA including, but not limited to the following:

   b. Pentagroup Financial, LLC used generally harassing, oppressive or abusive methods

to collect the debt., in violation of the general prohibitions in 15 U.S.C. §1692d.

    c. Pentagroup Financial, LLC used generally false, misleading or unfair methods to collect the debt., in violation of the general prohibitions in 15 U.S.C. §1692e.

    d. Pentagroup Financial, LLC used unfair or unconscionable means to collect or attempt to collect the debt, in violation of the general prohibition in 15 U.S.C. 1692f.

20. Mr. Dorfman has suffered damages as a result of these violations of the FDCPA.

### COUNT II – Fair Debt Collection Practices Act (Diversified Adjustment )

21. Mr. Dorfman incorporates the preceding allegations by reference.

22. At all relevant times Pentagroup – in the ordinary course of its business – regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

Diversified Adjustment 's foregoing acts in attempting to collect this alleged debt against Mr. Dorfman constitute violations of the FDCPA including, but not limited to the following:

    a. Diversified Adjustment 's foregoing acts in attempting to collect this alleged debt against Mr. Dorfman constitute violations of the FDCPA including, but not limited to the following:

    b. Diversified Adjustment used generally harassing, oppressive or abusive methods to collect the debt., in violation of the general prohibitions in 15 U.S.C. §1692d.

    c. Diversified Adjustment used generally false, misleading or unfair methods to collect the debt., in violation of the general prohibitions in 15 U.S.C. §1692e.

    d. Diversified Adjustment used unfair or unconscionable means to collect or attempt to collect the debt, in violation of the general prohibition in 15 U.S.C. 1692f.

23. Mr. Dorfman has suffered damages as a result of these violations of the FDCPA.

## JURY DEMAND

24. Mr. Dorfman demands a jury trial in this case.

## REQUEST FOR RELIEF

Plaintiff requests that this Honorable Court grant the following relief:

    a. *Assume jurisdiction over this case including all supplemental claims.*

    b. *Award actual damages.*

    c. *Award statutory and punitive damages.*

    d. *Award statutory costs and attorney fees.*

Respectfully Submitted,

LYNGKLIP & TAUB
CONSUMER LAW GROUP, PLC

By: /s/ Adam G. Taub

Adam G. Taub (P48703)
Attorney for Plaintiff
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 746-3790
AdamLaw@Pop.Net

Dated: August 17, 2007

5

JS 44 (Rev. 11/04) **CIVIL COVER SHEET** County in which this action arose OAKLAND

**ORIGINAL**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
JONATHAN DORFMAN

### DEFENDANTS
PENTAGROUP FINANCIAL LLC., DIVERSIFIED ADJUSTMENT SERVICE INC.

**(b)** County of Residence of First Listed Plaintiff OAKLAND
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Adam G Taub, Lyngklip & Taub Consumer Law Group, PLC
24500 Northwestern Hwy. Ste 206, Southfield, MI 48075-2406
(248) 746-3790

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Select One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Select One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

Case: 2:07-cv-13476
Assigned To: Battani, Marianne O
Referral Judge: Majzoub, Mona K
Filed: 08-17-2007 At 03:11 PM
CMP DORFMAN V. PENTAGROUP FINANCIAL, ET AL (TAM)

PTF DEF
☐ 4 ☐ 4
☐ 5 ☐ 5
☐ 6 ☐ 6

### IV. NATURE OF SUIT (Select One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☑ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

480

### V. ORIGIN (Select One Box Only)
- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC 1692k(d) and 28 USC 1331,1337
Brief description of cause:
The above named defendants have violated the Fair Debt Collections Practice Act

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____ DOCKET NUMBER _____

DATE: August 17, 2007
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?  ☐ Yes  ☑ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☑ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :